**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JASON WALL,

        Plaintiff,

v.                                            Case No:   6:24-cv-31-GAP-EJK

ATLANTIC BLUE CONSTRUCTION LLC,

        Defendant

## ORDER

This is an FLSA case. *See generally* 29 U.S.C. §§ 201 to 209. On August 29, 2024, the parties filed a joint motion to approve their settlement agreement (Doc. 29). Since the proposed settlement involves a compromise of Plaintiff's claim, it is incumbent on the Court to review the reasonableness of the proposed settlement. *See Lynn's Food Stores, Inc. v. U.S. Dep't of Labor*, 679 F.2d 1350 (11th Cir. 1982).

Having reviewed same, the Court finds that the proposed settlement is a reasonable compromise of a bona fide dispute between parties represented by competent counsel. *Id.* The Court further finds that the agreed-upon fee and costs to be paid to Plaintiff's counsel was determined independently, did not affect the payment to Plaintiff, and otherwise appears to be reasonable. *See Bonetti v. Embarq Mgmt. Co.*, 715 F. Supp. 2d 1222 (M.D. Fla. 2009). It is, therefore

**ORDERED** that said Motion (Doc. 29) is **GRANTED**.   The settlement is **APPROVED** and this case is **DISMISSED** with prejudice.   The Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on August 30, 2024.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party